# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JARED ANTHONY WINTERER,<br><br>                Plaintiff,<br>     v.<br><br>UNITED STATES OF WASHINGTON, et al.,,<br><br>                Defendants. | CASE NO. c19-5301 RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The case is dismissed without prejudice. All pending motions are denied as moot.

Dated this 6th day of January, 2020.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1